**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ROBERT CLOUGH II, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FURNISHED FINDER, LLC,<br><br>                    Defendant. | Civil Action No.  1:26-cv-00397 |

**DEFENDANT FURNISHED FINDER, LLC'S
DISCLOSURE OF CORPORATE INTERESTS**

Defendant Furnished Finder, LLC ("Furnished Finder"), by and through its undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

Furnished Finder is a non-governmental corporate party.  It is not a publicly held or traded corporation and no publicly held company owns more than 10% of its stock.  Further, Furnished Finder has no parent corporation.

Dated: July 24, 2026

Respectfully submitted:

**FURNISHED FINDER, LLC**

By: */s/ Daron L. Janis*
Daron L. Janis (N.H. Bar #271361)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
Telephone: (617) 239-0124
E-Mail: daron.janis@troutman.com

*Attorneys for Furnished Finder, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused a copy of the foregoing *Defendant Furnished Finder, LLC's Corporate Disclosure Statement* to be electronically filed with the U.S. District Court, District of New Hampshire, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

By: */s/ Daron L. Janis*
Daron L. Janis (N.H. Bar #271361)

332178887