**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ROBERT CLOUGH II**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FURNISHED FINDER, LLC,**<br><br>Defendant | Case No. 1:26-cv-00397-PB-AJ |

**ATTESTED-TO MOTION TO APPEAR REMOTELY**

Plaintiff Robert Clough II respectfully moves for counsel to appear remotely at the Pretrial Conference set for September 2, 2026. In support of this Motion, the Parties state as follows:

1. On July 24, 2026, the Court issued a Notice of Pretrial Conference scheduled for September 2, 2026 at 10:30AM.

2. The matter involves out-of-state counsel who are unable to travel on the date of the Pretrial Conference but wish to appear at the conference.

3. Plaintiff requests that counsel be permitted to attend the Pretrial Conference remotely.

4. Pursuant to LR 7.1(a)(2), because of the routine nature of this request, a memorandum in support of this Motion is considered unnecessary.

5. Pursuant to LR 7.1(c), a good faith attempt was made to obtain concurrence/agreement in the relief sought and Defendant does not oppose the relief sought in this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this Motion to Appear Remotely at the Pretrial Conference currently set for September 2, 2026 at 10:30AM.

Date: August 26, 2026

*By /s/ Adam H. Weintraub*
Adam H. Weintraub (NH Bar No. 275047)
**WEINTRAUB LAW, LLC**
170 Commerce Way, Suite 200
Portsmouth, NH 03801
Telephone: (603) 212-1785
aweintraub@ahwfirm.com

Anthony I. Paronich (*Pro Hac Vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this date through the Court's electronic docketing system upon all counsel and parties of record.

Dated: August 26, 2026 *<u>/s/ Adam H. Weintraub</u>*