**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ROBERT CLOUGH II**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FURNISHED FINDER, LLC**,<br><br>Defendant | Case No. 1:26-cv-00397-PB-AJ |

**JOINT MOTION FOR [PROPOSED] PROTOCOL FOR PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**

Plaintiff Robert Clough II and Defendant Furnished Finder, LLC, by and through their respective counsel, respectfully submit this Assented-to Motion for entry of the parties' proposed Protocol for Production of Electronically Stored Information and Paper Documents and state as follows:

1. The parties have met and conferred regarding the form and manner of production of electronically stored information ("ESI") and paper documents in this action.

2. The parties have agreed upon the proposed Protocol for Production of Electronically Stored Information and Paper Documents attached hereto as Exhibit A.

3. The proposed Protocol is intended to facilitate the just, speedy, and inexpensive completion of discovery and, whenever possible, the early resolution of disputes concerning ESI without Court intervention.

4. Counsel for all parties have been contacted and assent to the relief requested and to entry of the proposed Protocol attached as Exhibit A.

**5.** Due to the discretionary nature of the relief requested, no memorandum of law is filed in support of this Motion.

WHEREFORE, the parties respectfully request that this Honorable Court:

A. Allow this Motion;

B. Approve and enter the proposed Protocol for Production of Electronically Stored Information and Paper Documents attached as Exhibit A; and

C. Grant such other and further relief as the Court deems just and equitable.

Dated: September 30, 2026

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Adam H. Weintraub*
Adam H. Weintraub (NH Bar # 275047)
**WEINTRAUB LAW, LLC**
170 Commerce Way, Suite 200
Portsmouth, NH 03801
Telephone: (603) 212-1785
aweintraub@ahwfirm.com

Anthony Paronich, *pro hac vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

**FURNISHED FINDER, LLC**

By: */s/ Daron L. Janis*
Daron L. Janis (N.H. Bar #271361)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
Telephone: (617) 239-0124
E-Mail: daron.janis@troutman.com

*Attorneys for Furnished Finder, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, this document filed through the ECF system, will be served electronically through the ECF System to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Adam H. Weintraub*_____