**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ROBERT CLOUGH II**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FURNISHED FINDER, LLC**,<br><br>Defendant. | Case No. 1:26-cv-00397-AJ |

**<u>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Pursuant to Local Rule 26.2, Plaintiff Robert Clough II, and Defendant Furnished Finder, LLC ("the Parties") move this Court for the entry of a Protective Order. The Parties request that the Court adopt the proposed form attached hereto as **<u>Exhibit A</u>**, which is a slightly modified version of Civil Form 5.

The substantive modifications to Civil Form 5 that the parties propose to make are as follows:

1. The Parties have added Paragraph 12 to address the use of artificial intelligence ("AI") to protect the confidentiality and security of all information disclosed or produced in the proceeding.

2. Specifically, Paragraph 12 bars any party from inputting or disclosing produced materials into publicly available AI systems, which may keep or train on that data, and treats any such submission as an unauthorized disclosure under the Order. It allows use of secure, closed enterprise AI platforms that meet objective security, confidentiality, data-isolation and deletion standards, and the Parties have agreed on a list of commonly used legal platforms that meet those standards.

WHEREFORE, the Parties request that the Court adopt the proposed form attached hereto at Exhibit A.

Dated: October 12, 2026

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Adam Weintraub (with permission)*
Adam Weintraub
**WEINTRAUB LAW**
170 Commerce Way, Suite 200
Portsmouth, NH 03801
Telephone: (603) 212-1785
aweintraub@ahwfirm.com

Anthony Paronich, *pro hac vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

**FURNISHED FINDER, LLC**

By: */s/ Daron L. Janis*
Daron L. Janis (N.H. Bar #271361)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
Telephone: (617) 239-0124
E-Mail: daron.janis@troutman.com

*Attorneys for Furnished Finder, LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2026, a true copy of the above document was served upon the attorney of record for each party by the ECF system.

*/s/ Daron L. Janis*
Daron L. Janis