**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ROBERT CLOUGH II**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FURNISHED FINDER, LLC**,<br><br>Defendant | Case No. 1:26-cv-00397-PB-AJ |

**ASSENTED-TO MOTION TO ADMIT**
**ALEX M. WASHKOWITZ, ESQ. *PRO HAC VICE***

Pursuant to Local Rule 83.2(b), Plaintiff Robert Clough II, by and through undersigned counsel, moves for *pro hac vice* admission of Alex M. Washkowitz in this case and, in support of this request, states as follows:

1. I am the founder and attorney in my law firm, Weintraub Law, LLC and counsel of Plaintiff in this action.

2. I am a member in good standing of the Bar of the State of New Hampshire and this Court.

3. Attached hereto as Exhibit A is the Affidavit of Alex M. Washkowitz certifying that he meets the requirements specified in Local Rule 83.2(b)(1).

4. I will remain associated with Attorney Alex M. Washkowitz in this action in compliance with the requirements of Local Rule 83.2(b).

5. Further, pursuant to Local Rule 83.2(b), I will have all process, notices, and other papers in this action served on me, sign all filings submitted to the Court in this action, and attend all proceedings in this action, unless excused by the Court.

6. No memorandum of law is necessary in connection with this Motion in light of the nature of the relief requested.

7. Pursuant to Local Rule R 7.1(c), counsel for Plaintiff sought concurrence to the relief sought in this Motion and counsel for Defendant does not oppose this relief.

WHEREFORE, Plaintiff Robert Clough II respectfully prays that the Motion of Attorney Alex M. Washkowitz to appear and practice before this Court *Pro Hac Vice* be granted.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Adam H. Weintraub*

Adam H. Weintraub (NH Bar #275047)
**WEINTRAUB LAW, LLC**
170 Commerce Way, Suite 200
Portsmouth, New Hampshire 03801
Telephone: (603) 212-1785
aweintraub@ahwfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Adam H. Weintraub*
Adam H. Weintraub