**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ROBERT CLOUGH II**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FURNISHED FINDER, LLC**,<br><br>Defendant. | Case No. 1:26-cv-00397-PB-AJ |

**AFFIDAVIT OF ALEX M. WASHKOWITZ**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alex M. Washkowitz, do hereby state as follows:

1. My name is Alex M. Washkowitz. I am over the age of eighteen and am legally competent to make this Affidavit.

2. All matters of fact stated herein are within my personal knowledge and are true and correct.

3. I am seeking to appear *pro hac vice* and participate as counsel for Plaintiff Robert Clough II, individually, and on behalf of himself and all others similarly situated in the above captioned matter.

4. My office address is 160 Speen Street Suite 309, Framingham, MA 01701. My email address is alex@cwlawgrouppc.com, and my phone number is (508) 309-4880.

5. I am in good standing and eligible to practice before the following courts, in which I was admitted on the following dates and remain in good standing:

| **Court** | **Admission Date** |
|---|---|
| Massachusetts State Courts | December, 1999 |
| Massachusetts District Court | January, 2016 |

6. I am not currently suspended or disbarred in any jurisdiction.

7. I have not been denied admission to practice before any court, I have not had any disciplinary proceedings brought against me, and I have no prior felony or misdemeanor criminal convictions.

8. I have not been subject to any denials or revocations of *pro hac vice* status in any court.

9. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November, 2026, at Framingham, Massachusetts.

Respectfully submitted,

By: */s/ Alex M. Washkowitz*
Alex M. Washkowitz
**CW LAW GROUP, PC**
160 Speen Street, Suite 309
Framingham, MA 01701
Office : 508-309-4880
Fax: 508-597-7722

*Pro Hac Vice* Applicant