**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ROBERT CLOUGH, II on behalf of himself and others similarly situated, | Case No. 1:26-cv-00397-PB-AJ |
| *Plaintiff*, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL ADMITTED PRO HAC VICE** |
| FURNISHED FINDER, LLC | |
| *Defendant*. | |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the undersigned's appearance as Attorney for PLAINTIFF Robert Clough, II in the above captioned case, having been admitted to practice before this Court pro hac vice by Order dated November 5, 2026.

Date: November 6, 2026

*/s/ Alex M. Washkowitz*
**Alex M. Washkowitz, Esq.**
CW Law Group, P.C.
160 Speen Street, Suite 309
Framingham, MA 01701
Phone 508-309-4880
Fax 508-597-7722
alex@cwlawgrouppc.com
MA BBO #: 644077

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished electronically via the Court's CM/EMF system to Counsel of Record.